AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### SOUTHERN DIVISION

| | |
|---|---|
| FLETCHER DAVIS,<br>    Paintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:10-CV-231-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court adopts the conclusions in the Memorandum and Recommendations [D.E. 52]. Defendant's objections [D.E. 53] are OVERRULED, Plaintiff's Motion for Judgment on the pleadings [D.E. 47] is GRANTED IN PART and DENIED IN PART, Defendant's Motion for Judgment on the Pleadings [D.E. 49] is DENIED , and the action is REMANDED to the Commissioner for proceedings as set forth in the Memorandum and Recommendations.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 17, 2012,** WITH A COPY TO:

Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)
Eskunder R.T. Boyd (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| February 17, 2012<br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina